**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSIE BADGER; EMILY GELLATLY; and, ANGELA HUNTER, individually and on behalf of all others similarly situated, | Case No. 17-cv-00402-MRH |
| Plaintiffs, | |
| v. | **FILED ELECTRONICALLY** |
| COLE CAPITAL CORPORATION; COLE CREDIT PROPERTY TRUST V, INC.; and COLE CREDIT PROPERTY TRUST IV, INC., | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss this action

as to all Defendants.

By: */s/ Benjamin J. Sweet*
Benjamin J. Sweet (PA 87338)
Stephanie K. Goldin (PA 202865)
Kevin W. Tucker (PA 312144)
**CARLSON LYNCH SWEET**
**KILPELA & CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(p) 412.322.9243