## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSIE BADGER; EMILY GELLATLY; and, ANGELA HUNTER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COLE CAPITAL CORPORATION; COLE CREDIT PROPERTY TRUST V, INC.; and COLE CREDIT PROPERTY TRUST IV, INC.,<br><br>Defendants. | Case No. 17-cv-00402-MRH<br><br><br>**FILED ELECTRONICALLY** |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss this action as to all Defendants.

By: /s/ Benjamin J. Sweet
Benjamin J. Sweet (PA 87338)
Stephanie K. Goldin (PA 202865)
Kevin W. Tucker (PA 312144)
**CARLSON LYNCH SWEET
KILPELA & CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(p) 412.322.9243

AND NOW, this 5th day of April, 2017

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE